

FILED
CLERK

09 MAY -5  AM 11:40

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

# MEMORANDUM
## TO THE HONORABLE STERLING JOHNSON, JR.
### SENIOR UNITED STATES DISTRICT JUDGE

RE: Berov, Joseph
DOCKET NO. 01-CR-0041(SJ)
(Probation)
**REQUEST RELEASE OF
PRESENTENCE REPORT**

Reference is made to the above named individual who was sentenced by Your Honor on June 4, 2003, to a two year term of unsupervised probation following his plea of guilty, to Copyright Infringement, a Class D Felony, in violation of 18 USC 2319(a). As a special condition of probation, the Court ordered the following: that the defendant comply with an order of forfeiture. A $100 special assessment was also imposed.

The purpose of this correspondence is to advise Your Honor that **Mr. Berov** applied to the New York State Division of Parole for a Certificate of Relief from Disabilities in order to apply for a Real Estate Broker Salesperson's License. The NYS Division of Parole is requesting a copy of Mr. Berov's Presentence Report relating to the above noted case.

While it is not the policy of the district to disclose presentence reports to parties not involved in the instant offense, we defer to Your Honor as to which course of action to pursue at this time. With the Court's approval, we are inclined to provide NYS Division of Parole with a copy of Mr. Berov's presentence report in order to assist them with their investigation. It is noted that Berov's unsupervised probation term concluded on June 2, 2006.

We await your decision.

RESPECTFULLY SUBMITTED:

EILEEN KELLY
CHIEF U.S. PROBATION OFFICER

Prepared by: _Kathleen Slevin_
Kathleen Slevin
Senior U.S. Probation Officer

Approved by: _____
Nella H. Yelenovic
Supervising U.S. Probation Officer

April 14, 2008

☒ Release PSR to NYS Division of Parole

☐ Do not release PSR to any party.
s/Sterling Johnson
_____          4/27/09
U.S. District Judge                              Date